AO 245E       (Rev. 12/03) Judgment in a Criminal Case for Organizational Defendants
              Sheet 1

# UNITED STATES DISTRICT COURT
## Southern District of California

| UNITED STATES OF AMERICA | **JUDGMENT IN A CRIMINAL CASE** |
|---|---|
| **V.** | (For Organizational Defendants) |

NEW TRADE SHIP MANAGEMENT S.A. (1)

CASE NUMBER:        22CR1802-JO

George M. Chalos
Defendant Organization's Attorney

## THE DEFENDANT ORGANIZATION:

☒ pleaded guilty to count(s)   1 of the Information.

☐ pleaded nolo contendere to count(s)
which was accepted by the court.

☐ was found guilty on count(s)
after a plea of not guilty.

The organizational defendant is adjudicated guilty of these offenses:

| Title & Section | Nature of Offense | Count |
|---|---|---|
| 33 USC 1908(a) and 33 | FAILURE TO MAINTAIN AN ACCURATE OIL | |
| CFR 151.25; 18 USC 2 | RECORD BOOK; AIDING AND ABETTING | 1 |

The defendant organization is sentenced as provided in pages 2 through ____4____ of this judgment.

☒ Assessment $400.00.

☐ Count(s) _____ ☐ is ☐ are dismissed on the motion of the United States.

It is ordered that the defendant organization must notify the United States attorney for this district within 30 days of any change of name, principal business address, or mailing address until all fines, restitution, costs, and special assessments imposed by this judgment are fully paid. If ordered to pay restitution, the defendant organization must notify the court and United States attorney of material changes in economic circumstances.

Defendant Organization's
Federal Employer I.D. No.:  N/A

Defendant Organization's Principal Business Address:

Vasiliassis Sofias 120,

Athina 11526, Greece

September 9, 2022
Date of Imposition of Judgment

Signature of Judge

Honorable Jinsook Ohta, United States District Judge
Name and Title of Judge

Defendant Organization's Mailing Address:

Vasiliassis Sofias 120,

Athina 11526, Greece

AO 245E    (Rev. 12/03) Judgment in a Criminal Case for Organizational Defendants
           Sheet 2 — Probation

Judgment—Page    2    of    4

DEFENDANT ORGANIZATION:    NEW TRADE SHIP MANAGEMENT S.A. (1)
CASE NUMBER:    22CR1802-JO

# PROBATION

The defendant organization is hereby sentenced to probation for a term of:
4 YEARS.

The defendant organization shall not commit another federal, state or local crime.

The defendant organization must comply with the standard conditions that have been adopted by this court as well as with any additional special conditions.

# STANDARD CONDITIONS OF PROBATION

1) within thirty days from the date of this judgment, the defendant organization shall designate an official of the organization to act as the organizations's representative and to be the primary contact with the probation officer;

2) the defendant organization shall answer truthfully all inquiries by the probation officer and follow the instructions of the probation officer;

3) the defendant organization shall notify the probation officer ten days prior to any change in principal business or mailing address;

4) the defendant organization shall permit a probation officer to visit the organization at any of its operating business sites;

5) the defendant organization shall notify the probation officer within seventy-two hours of any criminal prosecution, major civil litigation, or administrative proceeding against the organization;

6) the defendant organization shall not dissolve, change its name, or change the name under which it does business unless this judgment and all criminal monetary penalties imposed by this court are either fully satisfied or are equally enforceable against the defendant's successors or assignees; and

7) the defendant organization shall not waste, nor without permission of the probation officer, sell, assign, or transfer its assets.

AO 245E     (Rev. 12/03) Judgment in a Criminal Case for Organizational Defendants
            Sheet 2A — Probation

═══════════════════════════════════════════════════════════════════════════

Judgment—Page ___3___ of ___4___

DEFENDANT ORGANIZATION:     NEW TRADE SHIP MANAGEMENT S.A. (1)
CASE NUMBER:     22CR1802-JO

## SPECIAL CONDITIONS OF PROBATION

1. Defendant organization shall comply with the terms and conditions of the Environmental Compliance Plan.

AO 245E    (Rev. 12/03) Judgment in a Criminal Case for Organizational Defendants
           Sheet 2A — Probation

Judgment—Page    4    of    4

DEFENDANT ORGANIZATION:    NEW TRADE SHIP MANAGEMENT S.A. (1)
CASE NUMBER:    22CR1802-JO

## FINE

The defendant shall pay a fine in the amount of    $1,100,000.00    unto the United States of America.

This sum shall be paid ____ immediately.
                   X    as follows:

The fine shall be paid within 30 days of sentencing.