UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF CALIFORNIA

UNITED STATES OF AMERICA,
Plaintiff,
v.
NEW TRADE SHIP MANAGEMENT S.A. (1) and DENNIS PLASABAS (2),
Defendants.

Criminal Case No. 22-CR-1802-JO
The Hon. Jinsook Ohta

**~~[PROPOSED]~~ ORDER GRANTING GOVERNMENT MOTION FOR WHISTLEBLOWER AWARD**

WHEREBY the Court has read and considered the Government's Motion for a Whistleblower Award, and finding good cause therein, the Court grants the Motion.

IT IS HEREBY ORDERED that an award of $550,000, less any United States tax withholding, to be determined by the Administrative Office of the United States Courts, be paid to Mr. Roberto Lequigan. The Government is ordered to provide to the Clerk of Court the banking information required to complete the payment to Roberto Lequigan via electronic means.

DATED this 30 day of September, 2022.

The Honorable Jinsook Ohta
U.S. District Court Judge